Highway Trailer Industries, Inc., a Corporation, Plaintiff-Appellant, v. H. A. Lowther, Jr., The Lowther Corporation, a Corporation, Empire Truck Leasing, Inc., a Corporation, and Fred Gary, Defendants, Fred Gary, Defendant-Appellee.

Gen. No. 51,010. 

First District, First Division.

September 19, 1966.

Maurice M. Loman, of Chicago, for appellant; Herbert A. Ellis, Arthur A. Ellis and Morris W. Ellis, of Chicago (Ellis & Ellis, of counsel), for appellee. Opinion by JUSTICE BURMAN. Not to be published in full.